UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mike Kaplun, individually and d/b/a KMS Development and KMS Development, Inc., ) ) ) | |
| Plaintiffs, ) | |
| v. ) | 16 CV 01901 |
| ) | Honorable Judge |
| The Cadle Company, d/b/a Mountaineer Investments, LLC ) ) ) | John Robert Blakey |
| ) | Magistrate Susan Cox |
| Defendant. ) | |

## Plaintiffs' Motion to Enter Judgement

Now Come the Plaintiffs, Mike Kaplun, individually and d/b/a KMS Development and KMS Development, Inc., by their attorney, The Law Offices of Albert F. Ferolie. P.C. and moving pursuant to the Federal Rules of Procedure, Rule 68, Offers of Judgement, that Judgement be entered against the Defendant, The Cadle Company, d/b/a Mountaineer Investments, LLC, and in support thereof, states as follows:

1. That this matter involves a one count complaint sounding in malicious prosecution against the Defendant;

2. That on April 7th, 2016, the Defendant tendered to Plaintiffs an Offer of Judgement in the amount of $5,000.00 (See Exhibit A);

3. That on April 21st, 2016, the Plaintiffs accepted said Offer of Judgement (See Exhibit B);

4. That on April 22nd, 2016, the Defendant acknowledged receipt of the Plaintiffs'

acceptance of the Offer of Judgment of April 21st, 2016;

5. That pursuant to Rule 68, the Plaintiffs hereby request that Judgement be entered in the Plaintiffs' favor and against the Defendant "The Cadle Company, d/b/a Mountaineer Investments, LLC" in the amount of $5,000.00.

WHEREFORE, the Plaintiffs, Mike Kaplun, individually and d/b/a KMS Development and KMS Development, Inc., by their attorneys, The Law Offices of Albert F. Ferolie, P.C. request that pursuant to the Federal Rules of Civil Procedure, Rule 68, judgment be entered against the Defendant "The Cadle Company, d/b/a Mountaineer Investments, LLC" and in favor of the Plaintiffs, "Mike Kaplun, individually and d/b/a KMS Development and KMS Development, Inc." in the amount of $5,000.00 (FIVE THOUSAND DOLLARS) and that this matter further be dismissed with prejudice.

Respectfully submitted,

s/Albert F. Ferolie

The Law Offices of Albert F. Ferolie, P.C.
218 North Jefferson Street
Suite 401
Chicago, Illinois  60661
(312)  715-0255

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MIKE KAPLUN, individually and d/b/a KMS DEVELOPMENT and KMS DEVELOPMENT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE CADLE COMPANY, d/b/a MOUNTAINEER INVESTMENTS, LLC<br><br>Defendants. | Case No. 2016 CV 1901<br><br>Honorable John Robert Blakey<br><br>Magistrate Susan Cox<br><br>**OFFER OF JUDGMENT** |

TO: Plaintiffs, Mike Kaplun, individually
 and d/b/a KMS Development and
 KMS Development, Inc.
 c/o Albert F. Ferolie, Esq.
 The Law Offices of Albert F. Ferolie, P.C.
 218 North Jefferson Street, Suite 401
 Chicago, IL 60661

The Cadle Company (erroneously sued as "The Cadle Company, d/b/a Mountaineer Investments, LLC"), defendant in this action, by and through its undersigned attorney, Cynthia G. Feeley, offers to allow judgment to be entered against The Cadle Company by the Plaintiffs in the amount of $5,000.00, inclusive of all attorney's fees. This offer is made pursuant to F.R.Civ.P. 68, and evidence of this offer is not admissible except in a proceeding to determine costs, which costs shall not include attorney's fees. If this offer is not accepted in writing within fourteen (14) days after it is served, it will be deemed withdrawn.

THE CADLE COMPANY

By:   /s/  Cynthia G. Feeley
One of Its Attorneys

Cynthia G. Feeley
Feeley & Associates, P. C.
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
(312) 541-1200
Attorney No. 3128982
feeleypc@aol.com



# CERTIFICATE OF SERVICE

I hereby certify, under oath, that on April 7, 2016, I served the foregoing OFFER OF JUDGMENT on:

Albert F. Ferolie
Law Offices of Albert F. Ferolie, P. C.
218 North Jefferson Street, Suite 401
Chicago, Illinois 60661
albertferolie@ferolielaw.com

via electronic mail and via United States Mail, postage prepaid, by placing it in a U. S. Post Office Box located at Division and State Streets.

                                                             /s/ Cynthia G. Feeley

**Subject:** Kaplun et. al. v. The Cadle Company; 16 cv 1901

**From:** albertferolie@ferolielaw.com (albertferolie@ferolielaw.com)

**To:** feeleypc@aol.com;

**Bcc:** kaplun.mike@gmail.com;

**Date:** Thursday, April 21, 2016 2:59 PM

Dear Ms. Feeley:

    Pursuant to your client's Offer of Judgement tendered to me on April 7th, 2016 in the above referenced matter, please be advised that my client accepts said Offer of Judgement. Please confirm receipt of this acceptance; prepare the necessary entry of Judgement for filing with the court; and a check or money order in the amount of $5,000.00 made payable to "Mike Kaplun and KMS Development" to satisfy said judgement.

Albert Ferolie
c.c. M. Kaplun

B

**Subject:** Re: Kaplun et. al. v. The Cadle Company; 16 cv 1901

**From:** Feeleypc@aol.com (Feeleypc@aol.com)

**To:** albertferolie@ferolielaw.com;

**Date:** Friday, April 22, 2016 10:10 AM

This is to acknowledge receipt of your acceptance. I apologize for not responding yesterday, but I was driving back from a hearing in southern Illinois and not able to respond to e-mails.

Cynthia G. Feeley
Feeley & Associates, P. C.
161 North Clark Street
Suite 4700
Chicago, Illinois 60601
(312) 541-1200
Facsimile: (312) 541-1260
feeleypc@aol.com


In a message dated 4/21/2016 3:00:27 P.M. Central Daylight Time, albertferolie@ferolielaw.com writes:

> Dear Ms. Feeley:
>
> Pursuant to your client's Offer of Judgement tendered to me on April 7th, 2016 in the above referenced matter, please be advised that my client accepts said Offer of Judgement. Please confirm receipt of this acceptance; prepare the necessary entry of Judgement for filing with the court; and a check or money order in the amount of $5,000.00 made payable to "Mike Kaplun and KMS Development" to satisfy said judgement.
>
> Albert Ferolie
> c.c. M. Kaplun

C